IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

LOUISE KING                                                                                          PLAINTIFF

VS.                          CASE NO: 5:14-cv-00021-KGB

DAVIS LIFE CARE CENTER                                                             DEFENDANT

## PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Comes now the Plaintiff by and through her counsel, Teresa Bloodman, and for her motion states:

1. That the time for Plaintiff's response to Defendant's motion for summary judgment has not passed.

2. That counsel needs additional time to complete and file said brief due to problems she is experiencing on this date with her computer causing her to be unable to complete said brief in a timely manner.

3. The undersigned is very grateful and appreciates the Court for understanding.

4. It is expected that the undersigned will be able to get her computer Repaired and complete and file said brief with the extension of an additional three (3) days.

5. That movant makes this motion in good faith and is not made for the

purposes of any delay or other illegitimate purposes.

6.  That this motion is in the best interest of justice.

**WHEREFORE,** the Plaintiff prays that an extension of three (3) days to file a response to Defendant's motion for summary judgment be granted and for all other proper and just relief.

Respectfully submitted,

/s/Teresa Bloodman #2005055
Attorney for Plaintiff
P.O. Box 13641
Maumelle, AR 72113
(870) 550-1940 (d)
teresabloodman@yahoo.com

## CERTIFICATE OF SERVICE

I, Teresa Bloodman, do hereby certify that a true and correct copy of the foregoing pleading was filed, this 28th day of October, 2015, with the Clerk of Court using the ECF electronic filing system and notification of such filing was served electronically to the attorney of record:

Mr. Spence Robinson, Esq.
Ramsay, Bridgforth, Robinson and Raley LLP
P.O. Box 8509
Pine Bluff, AR  71611-8509
spencerrobinson@ramsaylaw.com

/s/ Teresa Bloodman