IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**LOUISE KING**                                                                                                          **PLAINTIFF**

v.                              Case No. 5:14-cv-00021-KGB

**DAVIS LIFE CARE CENTER**                                                                              **DEFENDANT**

## JUDGMENT

Pursuant to the Order entered in this matter on this date, the Court grants defendant Davis Life Care Center's motion for summary judgment (Dkt. No. 14). The Court enters judgment in favor of defendant Davis Life Care Center on plaintiff Louise King's claims under the Family and Medical Leave Act, 29 U.S.C. § 2601 *et seq.*; 42 U.S.C. § 1981; Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e; and the Equal Pay Act, 29 U.S.C. § 206 *et seq.*, and on any retaliation claims alleged. The Court dismisses without prejudice consistent with the Order entered in this matter on this date Ms. King's claims under the Americans with Disabilities Act ("ADA"), 42 U.S.C. § 12101 *et seq.*, and the Age Discrimination in Employment Act, 29 U.S.C. § 623 *et seq*. To the extent that this Court's Order does not dispose of Ms. King's claims under Arkansas state law, the Court declines to exercise supplemental jurisdiction over such claims and dismisses them without prejudice.

SO ADJUDGED this 13th day of November 2015.

_____
Kristine G. Baker
United States District Judge